FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 20 2007 ★

LONG ISLAND OFFICE

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.
ANGELO S. RUGGIERO

CRIMINAL NUMBER: 05 CR 196(S-8)(SJF)(WW)

07 CRIM 927

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

JUDGE KEENAN

I, ANGELO S. RUGGIERO, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to Count Two and ~~to the offense charged,~~ to consent to the disposition of the case in the Southern District of New York in which I, am a defendant, ~~(am under arrest, am held)~~ and to waive trial in the above captioned District.

Dated: September 20, 20 7 at _____

(Defendant)

(Witness)

(Counsel for Defendants)

(Assistant United States Attorney)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
OCT 0 3 2007

Approved

for Roslynn S. Mauskopf   Richard P. Donoghue        Michael Garcia
United States Attorney for the                       United States Attorney for the
Eastern                                              Southern
District of                                          District of
New York                                             New York

A TRUE COPY
ATTEST
DATED 9/26/07  New York
ROBERT C. HEINEMANN
BY _____
CLERK
DEPUTY CLERK

237