**CRIMINAL CAUSE FOR STATUS CONFERENCE**
BEFORE JUDGE FEUERSTEIN          JANUARY 17, 2007      TIME: 11:00 AM
CR- 05-0196

DEFT: **ANGELO RUGGIERO**            #        ATTY: **JAMES FROCARRO**
X pres.   ___ not pres.    X cust.   ___ bail         CJA   RET.   LAS

DEFT: **RICHARD SCHWERDT**           #        ATTY: **RICHARD HALEY**
X pres.   ___ not pres.    ___ cust.   ___ bail       CJA   RET.   LAS

DEFT: **DANIEL BOWLES**              #        ATTY: **WILLIAM KELLEHER**
x pres.   ___ not pres.    ___ cust.   ___ bail       CJA   RET.   LAS

DEFT: **JOHN ADRIANO**               #        ATTY: **ADRIAN DiLUZIO**
x pres.   ___ not pres.    ___ cust.   ___ bail       CJA   RET.   LAS

DEFT: _____            #        ATTY: _____
___ pres.  ___ not pres.   ___ cust.   ___ bail       CJA   RET.   LAS

A.U.S.A.: BURTON RYAN                         CLERK: Brian Ketcham

COURT REPORTER: PERRY AUERBACH                OTHER: _____
INT:    (LANG.-         )

_X_ CASE CALLED.      ___ DEFTS FIRST APPEARANCE.
DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____ OF
    (Superseding) INDICTMENT/INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

___ DEFT _____ ENTER **NOT GUILTY PLEA.**
___ BAIL ___ SET ___ CONT'D FOR DEFT _LEZAMITZ_ .
___ DEFT_____ CONT'D IN CUSTODY.
___ CASE ADJ'D TO_____ FOR _____
___ JYSELECT SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
_X_ **SPEEDY TRIAL** INFO FOR DEFT (ALL EXCEPT RUGGIERO)
    CODE TYPE _x_   START _COMPLEX CASE_
    _x_ ORDER ENT'D ON RECORD.

OTHER:  FURTHER STATUS CONFERENCE SCHEDULED FOR 2/2/07 @ 10:30 AM.

A TRUE COPY ATTEST
DATED 9/26 2007
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

**CRIMINAL CAUSE FOR STATUS CONF / HEARING:**

BEFORE JUDGE FEUERSTEIN       MARCH 15, 2007 TIME: 2:00 PM
CR- 05-0196
CR- 06-0305

DEFT NAME: **ANGELO RUGGIERO**                                      #
     X present       ___ not present       X cust.       ___ bail

DEFENSE COUNSEL: **JAMES FROCARRO**
     X present       ___ not present       ___ CJA       X RET.       ___ LAS

A.U.S.A.: **BURTON RYAN**                              CLERK: Brian Ketcham

COURT REPORTER: DOM TURSI                        OTHER: ___
INT:   (LANG.-        )

- X  CASE CALLED.   X  DEFT APPEARS WITH COUNSEL.
- ___ DEFT APPEARS WITHOUT COUNSEL.
- ___ COUNSEL PRESENT WITHOUT DEFT.
- ___ STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
- X  STATUS CONF/HRG FOR DEFT HELD.
- ___ JURY SELECTION SET FOR _____
  - ___ BEFORE J. FEUERSTEIN ___ PARTIES CONSENT TO MAGISTRATE.
- ___ TRIAL SCHEDULED FOR _____.

- X  **SPEEDY TRIAL** INFO FOR DEFT   X  STILL IN EFFECT
  CODE TYPE___  START___  STOP___
  ___ In the interest of justice as stated on the record, and with consent of the parties.

- ___ STATUS CONF/HRG CONT'D TO _____.
- X  FURTHER STATUS CONF/HRG SET FOR 3/29/07 AT 11:30AM.

DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

- ___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _____ OF THE INDICTMENT.
- ___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
- ___ **DEFT REQUESTS RETURN OF PROPERTY**   ___ **ORDER FILED.**
- ___ SENTENCING TO BE SET BY PROBATION.

OTHER: CR-06-305 dismissed without prejudice for the reasons stated on the record; bail application denied; pretrial conference scheduled for 3/29/07 at 11:30 am.

A TRUE COPY ATTEST
DATED 9/24 20 07
ROBERT C. HEINEMANN
BY [signature] CLERK
DEPUTY CLERK

CRIMINAL CAUSE FOR STATUS CONF / HEARING:

BEFORE JUDGE FEUERSTEIN     MARCH 15, 2007 TIME: 2:00 PM
CR- 05-0196
CR- 06-0305

DEFT NAME: **ANGELO RUGGIERO**     #
    X present     ___ not present     X cust.     ___ bail

DEFENSE COUNSEL: **JAMES FROCARRO**
    X present     ___ not present     ___ CJA     X RET.     ___ LAS

A.U.S.A.: **BURTON RYAN**     CLERK: Brian Ketcham

COURT REPORTER: DOM TURSI     OTHER: ___
INT: (LANG.- ___ )

- **X**    CASE CALLED.    **X**    DEFT APPEARS WITH COUNSEL.
- ___ DEFT APPEARS WITHOUT COUNSEL.
- ___ COUNSEL PRESENT WITHOUT DEFT.
- ___ STATUS CONF/HRG FOR DEFT ADJ'D TO ___.
- **X**    STATUS CONF/HRG FOR DEFT HELD.
- ___ JURY SELECTION SET FOR ___
  - ___ BEFORE J. FEUERSTEIN ___ PARTIES CONSENT TO MAGISTRATE.
- ___ TRIAL SCHEDULED FOR ___.

- **X**    **SPEEDY TRIAL** INFO FOR DEFT    **X**    STILL IN EFFECT
  CODE TYPE___ START___ STOP___
  ___ In the interest of justice as stated on the record, and with consent of the parties.

- ___ STATUS CONF/HRG CONT'D TO___.
- **X**    FURTHER STATUS CONF/HRG SET FOR 3/29/07 AT 11:30AM.

DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

- ___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___ OF THE INDICTMENT.
- ___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
- ___ **DEFT REQUESTS RETURN OF PROPERTY**    ___ **ORDER FILED.**
- ___ SENTENCING TO BE SET BY PROBATION.

OTHER: CR-06-305 dismissed without prejudice for the reasons stated on the record; bail application denied; pretrial conference scheduled for 3/29/07 at 11:30 am.

A TRUE COPY ATTEST
DATED 9/24 20 07
ROBERT C. HEINEMANN
BY ___ CLERK
DEPUTY CLERK

## CRIMINAL CAUSE FOR STATUS CONF / HEARING:

BEFORE JUDGE FEUERSTEIN     MARCH 29, 2007     TIME: 11:30 AM
CR- 05-0196

DEFT NAME: **ANGELO RUGGIERO**     #
_X_ present     ___ not present     _X_ cust.     ___ bail

DEFENSE COUNSEL: **JAMES FROCARRO**
_X_ present     ___ not present     ___ CJA     _X_ RET.     ___ LAS

DEFT NAME: **HENRY NAVARRA**     #
___ present     _X_ not present     _X_ cust.     _X_ bail

DEFENSE COUNSEL: **JOHN WALLENSTEIN**
_X_ present     ___ not present     _X_ CJA     ___ RET.     ___ LAS
A.U.S.A.: **BURTON RYAN**     CLERK: Brian Ketcham

COURT REPORTER: S. PICOZZI     OTHER:
INT: (LANG.- )

_X_    CASE CALLED.   _X_    DEFT (RUGGIERO) APPEARS WITH COUNSEL.
___    DEFT APPEARS WITHOUT COUNSEL.
_X_    COUNSEL PRESENT WITHOUT DEFT (NAVARRA).
___    STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
_X_    STATUS CONF/HRG FOR DEFT HELD.
_X_    JURY SELECTION SET FOR 5/9/07 @ 9:30 AM.
     _X_   BEFORE J. FEUERSTEIN ___ PARTIES CONSENT TO MAGISTRATE.
_X_    TRIAL SCHEDULED FOR 5/9/07.

_X_    **SPEEDY TRIAL** INFO FOR DEFT _X_ STILL IN EFFECT
     CODE TYPE_____ START_____ STOP_____

    ___ In the interest of justice as stated on the record, and with consent of the parties.

___   STATUS CONF/HRG CONT'D TO _____.
_X_   FURTHER STATUS CONF/HRG SET FOR 4/6/07 @ 11:00 AM.

DEFT___ SWORN    ___ ARRAIGNED    ___ INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _____ OF THE INDICTMENT.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ **DEFT REQUESTS RETURN OF PROPERTY** ___ **ORDER FILED.**
___ SENTENCING TO BE SET BY PROBATION.

OTHER:

A TRUE COPY ATTEST
DATED 9/24 20__
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

**CRIMINAL CAUSE FOR STATUS CONF / HEARING:** _____

<u>BEFORE JUDGE FEUERSTEIN</u>        <u>APRIL 6, 2007</u>  TIME: 11:00 am
CR- 05-0196

DEFT NAME: **ANGELO RUGGIERO**                          #_____
    <u>X</u> present    ___ not present       <u>X</u> cust.       ___ bail

DEFENSE COUNSEL: **JAMES FROCARRO**
    <u>X</u> present    ___ not present       ___ CJA     <u>X</u> RET.

DEFT NAME: **HENRY NAVARRA**                            #_____
    <u>X</u> present    ___ not present       <u>X</u> cust.       ___ bail

DEFENSE COUNSEL: **JOHN WALLENSTEIN**
    ___ present    ___ not present       ___ CJA     <u>X</u>
RET. A.U.S.A.: **BURTON RYAN**                CLERK: Brian Ketcham

COURT REPORTER: ELLEN COMBS
<u>X</u>  CASE CALLED.   <u>X</u>  DEFTS APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
<u>X</u>  STATUS CONF/HRG FOR DEFT HELD.
<u>X</u>  JURY SELECTION SET FOR  <u>9/5/07 @ 9:30 AM</u>
    <u>X</u>  BEFORE J. FEUERSTEIN___ PARTIES CONSENT TO MAGISTRATE.
<u>X</u>  TRIAL SCHEDULED FOR <u>IMMEDIATELY FOLLOWING JURY SELECTION.</u>

<u>X</u>  **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
    CODE TYPE <u>X</u>    START <u>4/6/07</u>         STOP <u>9/5/07</u>
    <u>X</u>  In the interest of justice as stated on the record, and
        with consent of the parties.
___  STATUS CONF/HRG CONT'D TO_____.
___  FURTHER STATUS CONF/HRG SET FOR_____.

DEFT___ SWORN     ___ ARRAIGNED      ___ INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
     _____ OF THE INDICTMENT.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  **DEFT REQUESTS RETURN OF PROPERTY**   ___ **ORDER FILED.**
___  SENTENCING TO BE SET BY PROBATION.

OTHER:_____

A TRUE COPY
9/26
_____ CLERK
DEPUTY CLERK

**CRIMINAL CAUSE FOR ARRAIGNMENT/PLEADING**
BEFORE JUDGE FEUERSTEIN   NOVEMBER 2, 2006   TIME: 11:00 AM

CR-05-0196

DEFT: **ANGELO RUGGIERO**           ATTY: **JOEL WINOGRAD/JAMES FROCCARO**
X pres. ___ not pres.    X cust. ___ bail          CJA   RET.   X LAS

DEFT: **JOHN ANDRIANO**              #    ATTY: **ADRIAN DELUZIO**
___ pres.  X not pres.   ___ cust. ___ bail          CJA   RET.   LAS

DEFT: **DANIEL BOWLES**              #    ATTY: **WILLIAM KELLEHER**
___ pres.  X not pres.   X cust. ___ bail          CJA   RET.   LAS

DEFT: **RICHARD SCHWERDT**           #    ATTY: **RICHARD HALEY**
X pres. ___ not pres.    ___ cust. ___ bail          CJA   RET.   LAS

DEFT: _____            #    ATTY: _____
___ pres. ___ not pres.  ___ cust. ___ bail          CJA   RET.   LAS

**A.U.S.A.: BURT RYAN**                     CLERK: Brian Ketcham

COURT REPORTER: HARRY RAPAPPORT           OTHER: _____
INT:  (LANG. _____

_X_  CASE CALLED.   ___ DEFTS FIRST APPEARANCE.
DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____OF
    (Superseding) INDICTMENT/INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

_X_  DEFT  **ANGELO RUGGIERO (ONLY)**       ENTER **NOT GUILTY PLEA**.
___  BAIL ___ SET ___ CONT'D FOR DEFT_____.
_X_  DEFT CONT'D IN CUSTODY.
___  CASE ADJ'D TO_____ FOR _____
___  JYSELECT SET FOR _____ ___ BY MAG.
___  TRIAL SET FOR _____
_X_  **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
     CODE TYPE_X_    START_11/2/06_    STOP_1/17/07_
     _X_ ORDER ENT'D ON RECORD.

OTHER: STATUS CONFERENCE SCHEDULED FOR: 1/17/07 @ 11:00 AM. DEFENDANT RUGGIERO SPEEDY TRIAL CLOCK STILL IN EFFECT, OTHER DEFENDANTS CONSENTED TO A FINDING OF EXCLUDABLE DELAY. DEFENDANT BOWLES NOT PRODUCED, STATUS CONFERENCE AND BAIL HEARING SCHEDULED FOR 11/8/06 @ 11:00 AM.

ATTEST
DATED 9/26  20 07
ROBERT C. HEINEMANN
                              CLERK
BY _____
              DEPUTY CLERK

**CRIMINAL CAUSE FOR DETENTION HEARING**

BEFORE JUDGE FEUERSTEIN     DECEMBER 14, 2006    TIME: 2:00 PM
CR- 06- 305

DEFT NAME: **ANGELO RUGGIERO**     # _____
   _X_ present    ___ not present    _X_ cust.    ___ bail

DEFENSE COUNSEL: **JAMES FROCARRO**
   _X_ present    ___ not present    ___ CJA   _X_ RET.   ___ LAS

A.U.S.A.: **BURTON RYAN**      CLERK: Brian Ketcham

COURT REPORTER: DOM TURSI      OTHER: _____
INT: (LANG.- _____ )

_X_ CASE CALLED.   _X_ DEFT APPEARS WITH COUNSEL.
___ DEFT APPEARS WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT.

___ WITNESS SWORN AND HEARING BEGINS.
___ HEARING HELD.   ___ HEARING ENDS.
___ FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER SIGNED.
___ **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
    CODE TYPE___ START_____ STOP_____
    ___ In the interest of justice as stated on the record, and with consent of the parties.

___ STATUS CONF/HRG CONT'D TO_____.
_X_ FURTHER STATUS CONF/HRG SET FOR  1/11/07 @ 11:00 AM  .

OTHER:   BAIL APPLICATION DENIED.

A TRUE COPY ATTEST
DATED 9/26 2007
ROBERT C. HEINEMANN
BY _____ DEPUTY CLERK

CRIMINAL CAUSE FOR STATUS CONF / HEARING: _____

BEFORE JUDGE FEUERSTEIN    SEPTEMBER 19, 2007  TIME: 11:00-11:30 AM
                                                 AND 1:00 PM - 1:30PM

CR- 05-196

DEFT NAME: **VINCENT SAPORITO**
X present ___ not present ___ X cust. ___ bail

DEFENSE COUNSEL: **CHAD SIEGEL AND BRIAN KING**
X present ___ not present ___ CJA  X RET. ___ LAS

DEFT NAME: **ANGELO S. RUGGIERO**                    # 11
X present ___ not present ___ X cust. ___ bail

DEFENSE COUNSEL: **JAMES FROCARRO**
X present ___ not present ___ CJA  X RET. ___ LAS

DEFT NAME: **HENRY NAVARRA**                         # 15
X present ___ not present ___ X cust. ___ bail

DEFENSE COUNSEL: **MICHAEL ROSEN**
X present ___ not present ___ CJA  X RET. ___ LAS


A.U.S.A.: **B. RYAN**                        CLERK: BMM

COURT REPORTER: MARY ANNE STEIGER            OTHER: _____
INT:   (LANG.- _____ )


_X_  CASE CALLED.   _X_  DEFTS APPEAR WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
_X_  STATUS CONF/HRG FOR DEFTS HELD.
___  JURY SELECTION SET FOR  =
     ___ BEFORE J. FEUERSTEIN___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR .

___  **SPEEDY TRIAL** INFO FOR DEFT  ___ STILL IN EFFECT
     CODE TYPE_____ START_____ STOP_____
     ___ In the interest of justice as stated on the record, and
         with consent of the parties.

___  STATUS CONF/HRG CONT'D TO_____.
___  FURTHER STATUS CONF/HRG SET FOR_____
DEFT___  SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
         ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS
     _____ OF THE INDICTMENT.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  **DEFT REQUESTS RETURN OF PROPERTY** ___ ORDER FILED.
___  SENTENCING TO BE SET BY PROBATION.



OTHER: DEFENDANTS' APPLICATION TO SEVER DEFENDANTS SAPORITO AND NAVARRA GRANTED ON THE RECORD. DEFENDANT'S #216 MOTION TO DISMISS (FILED AS A NOTICE) IS DENIED ON THE RECORD. JURY SELECTION AND TRIAL TO COMMENCE ON SEPTEMBER 24, 2007 AS TO ANGELO RUGGIERO ONLY. GOVT TO PROVIDE MR. FROCARRO WITH 3500 MATERIAL AND TAPES BY 5:OO pm ON 9/19/07. JURY SELECTION AND TRIAL TO COMMENCE ON 11/12/07 AT 9:30 AM AS TO DEFENDANTS NAVARRA AND SAPORITO. HEARING SCHEDULED ON 9/19/07 AT 10:00 AM AS TO GOVERNMENTS MOTION FOR AN ANONYMOUS JURY.

**CRIMINAL CAUSE FOR STATUS CONF / HEARING:** _____

BEFORE JUDGE FEUERSTEIN          September 20, 2007  10:00AM-10:30AM
CR- 05-196

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

DEFT NAME: **Angelo Ruggiero**
X present ___ not present      X cust.      ___ bail

★ SEP 20 2007 ★

DEFENSE COUNSEL: **James Frocarro**
X present ___ not present      ___ CJA   X RET.       LAS 9/25/07 JB

LONG ISLAND OFFICE

A.U.S.A.: **B. RYAN**                    CLERK: Bryan Morabito

COURT REPORTER: Mary Ann Steiger          OTHER: ___
INT:   (LANG.-        )

 X   CASE CALLED.    X   DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
 X   STATUS CONF/HRG FOR DEFT HELD.
___  JURY SELECTION SET FOR  –
     ___ BEFORE J. FEUERSTEIN___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR .

___  **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
     CODE TYPE___  START_____       STOP_____
     ___ In the interest of justice as stated on the record, and
         with consent of the parties.

___  STATUS CONF/HRG CONT'D TO_____.
___  FURTHER STATUS CONF/HRG SET FOR_____.
DEFT___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
     _____ OF THE INDICTMENT.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  **DEFT REQUESTS RETURN OF PROPERTY**   ___ **ORDER FILED.**
___  SENTENCING TO BE SET BY PROBATION.

OTHER: The parties have executed the plea agreement and Rule 20 transfer form. Rule 20 Transfer held on the record and final paperwork to be submitted to the Court. Government's motion for an anonymous jury terminated as moot.

A TRUE COPY
ATTEST

BY _____
DEPUTY CLERK