**JAMES R. FROCCARO, JR.**
Attorney at Law
7 Old Shore Road
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5064
email: <u>JRFESQ61@aol.com</u>

August 28, 2007

<u>BY ECF</u>
Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
1010 Federal Plaza
Central Islip, NY

       Re: <u>United States v. Angelo S. Ruggiero</u>
            05 Cr 196 (S-8) (SJF)

Dear Judge Feuerstein:

     As you know, Mr. Ruggiero's trial is scheduled to commence on September 24, 2007. His criminal case has been pending before Your Honor for more than 15 months. Recently, I had a disagreement with the assigned prosecutor about the government's discovery obligations in the case. I asked AUSA Ryan what documentary evidence the government intends to use in it case-in-chief.
AUSA Ryan mentioned a number of documents that were never disclosed before by the government. He also informed me that this evidence would be provided to me along with the 3500 material – one week before jury selection. This is unfair. The government was obligated to disclose this information to Mr. Ruggiero a long time ago pursuant to Rule 16. Indeed, the government represented to this Court and defense counsel that the discovery process was complete nearly a year ago – by its letter of October 11, 2006.



The government should be precluded from offering at trial – at this very late juncture – any evidence not previously disclosed to the defense.

Respectfully yours,

James R. Froccaro, Jr.