CUSTAPP

# U.S. District Court
# Eastern District of New York (Central Islip)
# CRIMINAL DOCKET FOR CASE #: 2:05-cr-00196-SJF-11
# Internal Use Only

Case title: USA et al v. Zuccaro et al

Date Filed: 03/10/2005
Date Terminated: 09/25/2007

### Petitioner

**Greenpoint Mortgage Funding ,Inc.**
*TERMINATED: 05/03/2006*

Assigned to: Judge Sandra J. Feuerstein

### Defendant

**Angelo S. Ruggiero (11)**
*TERMINATED: 09/25/2007*

represented by **James R. Froccaro**
7 Old Shore Road
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5064
Email: jrfesq61@aol.com
*ATTORNEY TO BE NOTICED*

### Pending Counts

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE
(1)

18:1956 MONEY LAUNDERING -
INTERSTATE COMMERCE
(2)

### Disposition

Case transferred pursuant to Rule 20 to
the S.D.N.Y.Case transferred pursuant
to Rule 20 to the S.D.N.Y.

Case transferred pursuant to Rule 20 to
the S.D.N.Y.Case transferred pursuant
to Rule 20 to the S.D.N.Y.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:846=CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE
(1s)

### Disposition

Case transferred pursuant to Rule 20 to
the S.D.N.Y.

| | |
|---|---|
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE (2s) | Case transferred pursuant to Rule 20 to the S.D.N.Y. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Interested Party**

**Greenpoint Mortgage Funding, Inc.**	represented by	**Thomas P. Solferino**
Solferino & Solferino, L.L.P.
15 Roslyn Road
Mineola, NY 11501
516-873-1711
Fax: 516-873-1721
Email: tsolf@solferinolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Interested Party**

**Coastal Land Partners, Inc.**	represented by	**Richard J. Monescalchi**
Richard J. Monescalchi, P.A.
12777 W. Forest Hill Blvd.
Suite 1502
Wellington, FL 33414
561-204-4200
Email: richard@richardjmonescalchi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Interested Party**

**Jennco Development Corp.**	represented by	**Richard J. Monescalchi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Burton T. Ryan, Jr.**<br>United States Attorney's Office<br>610 Federal Plaza<br>Central Islip, NY 11722<br>631-715-7853<br>Fax: 631-715-7922<br>Email: burton.ryan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Evan C. Williams**<br>United States Attorneys Office<br>560 Federal Plaza<br>Central Islip, NY 11722<br>631-715-7849<br>Email: evan.williams@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2006 | 135 | *SEALED* SUPERSCEDING INDICTMENT (S-6) as to Peter Zuccaro (1) count(s) 1ssssss, 2ssssss, Pasquale J. Andriano (8) count(s) 1sss, 2sss, Vincent Saporito (9) count(s) 1ss, 2ss, Richard Brownrigg (10) count(s) 1s, Angelo S. Ruggiero (11) count(s) 1, 2. (Mierzejewski, Elizabeth) (Entered: 10/06/2006) |
| 10/11/2006 | 136 | *SEALED* Letter *regarding discovery* as to Angelo S. Ruggiero (Ryan, Burton) (Entered: 10/11/2006) |
| 10/26/2006 | | *SEALED* Case sealed as to Pasquale J. Andriano, Vincent Saporito, Angelo S. Ruggiero. (Mahon, Cinthia) (Entered: 11/01/2006) |
| 10/26/2006 | 140 | SEALED SUPERSCEDING INDICTMENT as to Pasquale J. Andriano (8) count(s) 1ssss, 2ssss, Vincent Saporito (9) count(s) 1sss, 2sss, Angelo S. Ruggiero (11) count(s) 1s, 2s, John Andriano (12) count(s) 1, 2, Daniel Bowles (13) count(s) 1, 2, Richard Schwerdt (14) count(s) 1, 2, Henry Navarra (15) count(s) 1, 2. (Mierzejewski, Elizabeth) (Entered: 11/03/2006) |
| 11/02/2006 | 155 | *SEALED* MINUTE ENTRY: Case called for proceedings held before Sandra J. Feuerstein :Arraignment held on 11/2/2006 @11:00 a.m., Plea entered Not Guilty as to Angelo Ruggiero, For Daniel Bowles: William Kelleher, For John Andriano: Adrian Deluzio, For Richard Schwerdt: Richard Haley. AUSA: Burton Ryan. Defendant continued in custody. OTHER: Status conference scheduled for 1/17/07 @11:00 a.m.. Defendant Ruggiero Speedy Trial clock still in effect. Other Defendants consented to a finding of excludable delay. Defendant Bowles not produced. Status conference and bail hearing scheduled for 11/8/06 @11:00 a.m. (Court Reporter Harry Rapaport.) (Mierzejewski, Elizabeth) |

| | | |
|---|---|---|
| | | (Entered: 11/06/2006) |
| 11/02/2006 | 157 | *SEALED* Order to Unseal Indictment as to Pasquale J. Andriano, Vincent Saporito, Angelo S. Ruggiero, John Andriano, Daniel Bowles, Richard Schwerdt, Henry Navarra. . Ordered by Judge Sandra J. Feuerstein on 11/2/06. (Mierzejewski, Elizabeth) (Entered: 11/08/2006) |
| 11/02/2006 | | INDICTMENT UNSEALED as to Pasquale J. Andriano, Vincent Saporito, Angelo S. Ruggiero, John Andriano, Daniel Bowles, Richard Schwerdt, Henry Navarra (Mahon, Cinthia) (Entered: 11/20/2006) |
| 11/02/2006 | | *SEALED* Document Sealed. (Mahon, Cinthia) (Entered: 11/20/2006) |
| 11/02/2006 | | Case unsealed as to Pasquale J. Andriano, Vincent Saporito, Angelo S. Ruggiero, John Andriano, Daniel Bowles, Richard Schwerdt, Henry Navarra. (Mahon, Cinthia) (Entered: 11/20/2006) |
| 12/12/2006 | 162 | NOTICE *AS TO RENEWED BAIL APPLICATION* by Angelo S. Ruggiero (Froccaro, James) (Entered: 12/12/2006) |
| 12/12/2006 | 163 | NOTICE OF ATTORNEY APPEARANCE: James R. Froccaro appearing for Angelo S. Ruggiero (Froccaro, James) (Entered: 12/12/2006) |
| 12/14/2006 | 165 | MINUTE ENTRY; Case called for proceedings held before Sandra J. Feuerstein :DETENTION HEARING as to Angelo S. Ruggiero held on 12/14/2006 @2:00 pm. AUSA Burton Ryan, For Defendant: James Frocarro-Retained. Further status conference 1/11/07 @11:00 a.m. OTHER: Bail Application DENIED. (Court Reporter Dom Tursi.) (Mierzejewski, Elizabeth) (Entered: 01/16/2007) |
| 12/22/2006 | 164 | NOTICE OF APPEAL of Conditions of Release *denying bail* by Angelo S. Ruggiero Filing fee $ 455, receipt number 2156669. (Froccaro, James) (Entered: 12/22/2006) |
| 01/17/2007 | 179 | MINUTE ENTRY: Case called for proceedings held before Sandra J. Feuerstein :STATUS CONFERENCE as to Angelo S. Ruggiero, John Andriano, Daniel Bowles, Richard Schwerdt held on 1/17/2007 @11:00 a.m. For Angelo Ruggiero: James Frocarro, For Richard Schwerdt: Richard Haley, For Daniel Bowles: William Kelleher, for John Adriano: Adrian Diluzio. AUSA Burton Ryan. Speedy Trial info. for all Defendants except Ruggiero. OTHER: Further Status Conference scheduled for 2/3/07 @10:30 a.m. (Court Reporter Perry Auerbach.) (Mierzejewski, Elizabeth) (Entered: 02/08/2007) |
| 01/19/2007 | | Electronic Index to Record on Appeal as to Angelo S. Ruggiero sent to US Court of Appeals 162 Notice (Other), 164 Notice of Appeal - Conditions of Release, 163 Notice of Attorney Appearance - Defendant, 165 Detention Hearing. PLEASE NOTE: DOCUMENTS NUMBERED 135, 136, 140, 155, 157 IN HARD COPY REMAINED SEALED AND WILL BE TRANSMITTED UNDER SEAL BY COURIER ON 1/19/07. (Romano, Daniel) (Entered: 01/19/2007) |
| 01/19/2007 | | NOTICE: Notice of Appeal by Mr. Froccaro was prematrely processed |

| | | |
|---|---|---|
| | | on 12/26/06 before the minute entry reflecting the denial of Mr Ruggiero's bail was docketed. Attorneys may have received an ECF notice regarding the event. Likewise the USCA, Second Circuit began processing Mr Ruggiero's appeal on 12/26/06. The EDNY Clerk's Office, realizing its error, requested that the Second Circuit discontinue processing the appeal and void the USCA docket number until such time as the EDNY may reprocess the appeal at a proper time: after the minute entry has been docketed. NOTE: THIS EVENT DOES NOT CHANGE THE ORIGINAL FILED DATE OF MR. RUGGIERO'S NOTICE OF APPEAL AS 12/26/06. see re 164 Notice of Appeal - Conditions of Release, 165 Detention Hearing. (Romano, Daniel) (Entered: 01/19/2007) |
| 01/19/2007 | 166 | MANDATE of USCA (certified copy) as to Angelo S. Ruggiero deleting the USCA docket number as the result of appeal being processed prematurely. USCA no.06-5830-cr is deleted. (Romano, Daniel) (Entered: 01/19/2007) |
| 01/19/2007 | | Certified and Transmitted SEALED Record on Appeal as to Angelo S. Ruggiero to US Court of Appeals re 164 Notice of Appeal - Conditions of Release, 165 minute entry denying bail. Transmitted original or certified copies of documents 135, 136, 140, 155, 157, clerk's certificate, original and three copies of the index and certified copy of the docket. Acknowledgment requested. (Romano, Daniel) (Entered: 01/19/2007) |
| 01/26/2007 | | Sealed Appeal Record Returned as to Angelo S. Ruggiero: 164 Notice of Appeal - Conditions of Release. Copies of sealed documents returned sealed and destroyed. (Romano, Daniel) (Entered: 01/26/2007) |
| 03/15/2007 | | NOTICE OF HEARING as to Angelo S. Ruggiero, Henry Navarra Pretrial Conference set for 3/29/2007 11:30 AM in Courtroom 1010 before Judge Sandra J. Feuerstein. (Ketcham, Brian) (Entered: 03/15/2007) |
| 03/15/2007 | 185 | MINUTE ENTRY: Case called for proceedings held before Sandra J. Feuerstein :STATUS CONFERENCE as to Angelo S. Ruggiero held on 3/15/2007 @2:00 p.m. AUSA Burton Ryan, for Defendant: James Frocarro-Ret. Speedy Trial info. Further Status Conference: 3/29/07 @11:30 a.m., OTHER 06-305 dismissed without prejudice for reasons stated on the record; Bail application DENIED; Pretrial conference scheduled for 3/29/07 @11:30 a.m. (Court Reporter Dom Tursi.) (Mierzejewski, Elizabeth) (Entered: 03/22/2007) |
| 03/15/2007 | 188 | MINUTE ENTRY: Case called for proceedings held before Sandra J. Feuerstein :STATUS CONFERENCE as to Angelo S. Ruggiero held on 3/15/2007 @2:00 p.m., AUSA: Burton Ryan, For Defendant: James Frocarro. Speedy Trial info still in effect. Further Status conference set for 3/29/07 @11:30 a.m. OTHER: CR 06-305 dismissed without prejudice for the reasons stated on the record; bail application denied; pretrial conference scheduled for 3/29/07 @11:30 a.m. (Court Reporter Dom Tursi.) (Mierzejewski, Elizabeth) (Entered: 04/03/2007) |
| | | |

| Date | Doc # | Entry |
|---|---|---|
| 03/29/2007 | 198 | MINUTE ENTRY: Case called for proceedings held before Sandra J. Feuerstein : For AUSA: Burton Ryan, For Defendant: John Wallenstein-CJA. Jury selection set for 5/9/07 @9:30 a.m. Speedy Trial info: X, Further status conference set for 4/6/07 @11:00 a.m.STATUS CONFERENCE as to Angelo S. Ruggiero, Henry Navarra held on 3/29/2007 @11:30 a.m. (Court Reporter S. Picozzi.) (Mierzejewski, Elizabeth) (Entered: 04/13/2007) |
| 04/06/2007 | 196 | MINUTE ENTRY: Case called for proceedings held before Sandra J. Feuerstein :STATUS CONFERENCE as to Angelo S. Ruggiero, Henry Navarra held on 4/6/2007@11:00 a.m. AUSA: Burton Ryan, For Defendant: John Wallenstein. Jury selection set for 9/5/07 @9:30 a.m. Judge Feuerstein. Trial scheduled for immediately following jury selection. Speedy Trial info: code type X, Start 4/6/07 Stop 9/5/07. (Court Reporter Ellen Combs.) (Mierzejewski, Elizabeth) (Entered: 04/12/2007) |
| 04/10/2007 |  | NOTICE Leonard Palone, Michael Lezamiz, Joseph Iorio, Harry Gabor, Peter Zuccaro, Joseph Lampasona, Sean T. Lennon, Pasquale J. Andriano, Vincent Saporito, Richard Brownrigg, Angelo S. Ruggiero, John Andriano, Daniel Bowles, Richard Schwerdt, Henry Navarra The status conference currently scheduled for 4/11/07 is cancelled. (Ketcham, Brian) (Entered: 04/10/2007) |
| 05/29/2007 | 206 | Letter as to Peter Zuccaro, Angelo S. Ruggiero (Froccaro, James) (Entered: 05/29/2007) |
| 06/08/2007 |  | NOTICE as to Angelo S. Ruggiero Status Conference set for 6/27/2007 01:30 PM before Judge Sandra J. Feuerstein. (Ketcham, Brian) (Entered: 06/08/2007) |
| 06/26/2007 | 213 | Letter *Government's Response to defendant's new bail application* as to Angelo S. Ruggiero (Ryan, Burton) (Entered: 06/26/2007) |
| 06/27/2007 | 214 | NOTICE by Angelo S. Ruggiero (Froccaro, James) (Entered: 06/27/2007) |
| 06/27/2007 | 215 | NOTICE by Angelo S. Ruggiero (Froccaro, James) (Entered: 06/27/2007) |
| 06/27/2007 | 216 | MOTION to Dismiss with Memorandum of Law in Support of Motion by Angelo S. Ruggiero (Froccaro, James) Modified on 9/24/2007 to change document type to motion(Brienza, Lauren). (Entered: 06/27/2007) |
| 06/28/2007 | 221 | MINUTE ENTRY: Case called for proceedings held before Sandra J. Feuerstein :Bail Hearing as to Angelo S. Ruggiero held on 6/28/2007 @12:00 p.m. AUSA: Burton Ryan, For Defendant: James Froccaro. OTHER: Bail application as to Angelo Ruggerio DENIED. (Court Reporter Harry Rapaport.) (Mierzejewski, Elizabeth) (Entered: 07/11/2007) |
| 07/05/2007 | 220 | NOTICE OF APPEAL of Conditions of Release by Angelo S. Ruggiero Filing fee $ 455, receipt number 2452669. (Leemon, Scott) (Entered: |

| | | |
|---|---|---|
| | | 07/05/2007) |
| 07/09/2007 | 🌀 | Electronic Index to Record on Appeal as to Angelo S. Ruggiero sent to US Court of Appeals 216 Notice (Other), 185 Status Conference, 220 Notice of Appeal - Conditions of Release, 166 USCA Mandate, 215 Notice (Other), 163 Notice of Attorney Appearance - Defendant, 165 Detention Hearing, 214 Notice (Other), 179 Status Conference,, 206 Letter, 162 Notice (Other), 164 Notice of Appeal - Conditions of Release, 198 Status Conference, 188 Status Conference,, 196 Status Conference, 213 Letter For docket entries without a hyperlink, contact the court and we'll arrange for the document(s) to be made available to you. (McMahon, Carol) (Entered: 07/09/2007) |
| 07/22/2007 | 🌀 | Motions terminated as to Leonard Palone, Michael Lezamiz, Joseph Iorio, Harry Gabor, Peter Zuccaro, Joseph Lampasona, Sean T. Lennon, Pasquale J. Andriano, Vincent Saporito, Richard Brownrigg, Angelo S. Ruggiero, John Andriano, Daniel Bowles, Richard Schwerdt, Henry Navarra: [217] Letter MOTION for Release from Custody filed by Henry Navarra. (per 222). Ordered by Judge Sandra J. Feuerstein on 7/31/07. (Mierzejewski, Elizabeth) (Entered: 07/31/2007) |
| 07/26/2007 | 🌀223 | Memorandum in opposition to 216 Motion to dismiss by USA as to Angelo S. Ruggiero. (Ryan, Burton) Modified on 9/24/2007 to terminate motion and correct docket text(Brienza, Lauren). (Entered: 07/26/2007) |
| 07/26/2007 | 🌀 | Motions terminated, docketed incorrectly as to Angelo S. Ruggiero: 223 MOTION for Speedy Trial *opposition* filed by USA. Document is opposition to Motion to Dismiss 216. All corrections have been made. (Brienza, Lauren) (Entered: 09/24/2007) |
| 08/02/2007 | 🌀225 | REPLY TO RESPONSE to Motion Angelo S. Ruggiero re 223 MOTION for Speedy Trial *opposition* (Froccaro, James) (Entered: 08/02/2007) |
| 08/13/2007 | 🌀227 | Letter as to Angelo S. Ruggiero (Froccaro, James) (Entered: 08/13/2007) |
| 08/14/2007 | 🌀 | ORDER as to Angelo S. Ruggiero re 227 Letter. Application is granted on consent. Jury selection is rescheduled before the undersigned on September 24, 2007 at 9:30 am. Trial is to commence immediately after the selection. Ordered by Judge Sandra J. Feuerstein on 8/14/07. c/ecf (Morabito, Bryan) (Entered: 08/14/2007) |
| 08/15/2007 | 🌀229 | Letter *of surreply of motion to dismiss indictment* as to Angelo S. Ruggiero (Ryan, Burton) (Entered: 08/15/2007) |
| 08/16/2007 | 🌀230 | RESPONSE in Support Angelo S. Ruggiero re 223 MOTION for Speedy Trial *opposition* (Froccaro, James) (Entered: 08/16/2007) |
| 08/27/2007 | 🌀231 | Letter as to Angelo S. Ruggiero (Froccaro, James) (Entered: 08/27/2007) |
| 09/13/2007 | 🌀 | NOTICE OF HEARING as to Vincent Saporito, Angelo S. Ruggiero, Henry Navarra. Status Conference set for 9/19/2007 09:30 AM before Judge Sandra J. Feuerstein. c/ecf (Morabito, Bryan) (Entered: 09/13/2007) |
| | | |

| | | |
|---|---|---|
| 09/19/2007 | 233 | NOTICE OF ATTORNEY APPEARANCE Evan C. Williams appearing for USA. (Williams, Evan) (Entered: 09/19/2007) |
| 09/19/2007 | 234 | Letter *Motion Requesting Anonymous Jury* as to Angelo S. Ruggiero (Williams, Evan) (Entered: 09/19/2007) |
| 09/19/2007 | 235 | Minute Entry for proceedings held before Judge Sandra J. Feuerstein: Dft Saporito present in custody with retained counsel Chad Siegel and Brian King. Dft Ruggiero present in custody with retained counsel James Frocarro. Dft Navarra present in custody with retained counsel Michael Rosen. Govt: AUSA Burton Ryan. Status Conference as to Vincent Saporito, Angelo S. Ruggiero, Henry Navarra held on 9/19/2007 at 11:00am and 1:00pm. Dfts' application to sever dfts Saporito and Navarra granted on the record. Dfts' 216 Motion to Dismiss as to Angelo S. Ruggiero (11) is denied on the record. Jury Selection and trial to commence on September 24, 2007 as to Angelo Ruggiero only. Government to provide Mr. Frocarro with 3500 materials and tapes by 5:00pm on 9/19/07. Jury selection and trial to commence on 11/12/07 at 9:30am as to dfts Navarra and Saporito. Hearing scheduled on 9/20/07 at 10:00am as to government's motion for an anonymous jury. (Court Reporter Mary Ann Steiger.)(Brienza, Lauren) (Entered: 09/25/2007) |
| 09/20/2007 | 236 | Minute Entry for proceedings held before Sandra J. Feuerstein: Dft Ruggiero present in custody with retained counsel James Frocarro. Govt: AUSA Burton Ryan. Status Conference as to Angelo S. Ruggiero held on 9/20/2007 at 10:00am. The parties have executed the plea agreement and Rule 20 transfer form. Rule 20 Transfer held on the record and final paperwork to be submitted to the Court. Government's motion for an anonymous jury terminated as moot. (Court Reporter Mary Ann Steiger.)(Brienza, Lauren) (Entered: 09/25/2007) |
| 09/25/2007 | 237 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York. Counts closed as to Angelo S. Ruggiero (11) Count 1,1s,2,2s. Documents forwarded to the SDNY include a cover letter, certified copy of the docket sheet, a certified copy of the Consent to Transfer of Case for Plea and Sentence Pursuant to Rule 20 and the complete file. (Brienza, Lauren) (Entered: 09/26/2007) |

A TRUE COPY
ATTEST
DATED 9/26 20 07
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK