**JAMES R. FROCCARO, JR.**
Attorney at Law
7 Old Shore Road
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5064
email: JRFESQ61@aol.com

June 26, 2007

BY ECF
Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
1010 Federal Plaza
Central Islip, NY

Re: United States v. Angelo S. Ruggiero
    05 Cr 196 (S-8) (SJF)

Dear Judge Feuerstein:

This letter will confirm that Mr. Ruggiero's bail proceedings before Your Honor have been adjourned at my request from June 27, 2007, to June 28, 2007, at 11:00 a.m. The reason for the request is that I was informed by my office that the government filed its opposition to Mr. Ruggiero's May 29, 2007, bail application – three (3) minutes before the close of business today. I would like an opportunity to review the government's submission and file a brief reply before appearing before Your Honor in court.

AUSA Ryan will be available to appear in court at 11:00 a.m. this Thursday.

Respectfully yours,

James R. Froccaro, Jr.

1