**JAMES R. FROCCARO, JR.**
**Attorney at Law**
**7 Old Shore Road**
**Port Washington, NY 11050**
**telephone: (516) 944-5062**
**fax: (516) 944-5064**
**email:  JRFESQ61@aol.com**

August 6, 2007

BY ECF
Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
1010 Federal Plaza
Central Islip, NY

Re:  United States v. Angelo S. Ruggiero
05 Cr 196 (S-8) (SJF)

Dear Judge Feuerstein:

As you know, Mr. Ruggiero's motion to dismiss the indictment for a speedy trial
violation is pending before this Court.  As set forth in Mr. Ruggiero's moving papers, the
violation has already occurred.  I have asked that Mr. Ruggiero's trial commence as presently
scheduled  with jury selection on September 5, 2007, but that opening statements be delayed until
September 24, 2007.  Your Honor's courtroom deputy has indicated that the Court would prefer
to commence with jury selection on September 24, 2007, and asked for a speedy trial waiver on
behalf of Mr. Ruggiero.  In consideration of my personal needs and the pending speedy trial
motion – which may render the trial moot – Mr. Ruggiero has agreed to waive.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:pa

A TRUE COPY
ATTEST
DATED _____ 9/__ e _____ 20__
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

1