UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
United States of America

                                                05 CR 196 (SJF)

-against-                               06 CR 305 (SJF)

                                            Notice of Appeal

Angelo S. Ruggiero
--------------------------------------------------------X

      PLEASE TAKE NOTICE that the defendant, Angelo S. Ruggiero, hereby appears the decision of the court denying him bail on December 14, 2006.

Dated: December 22, 2006            _____/s/_____
                                                James Froccaro, Esq.
                                                7 Old Shore Road
                                                Port Washington, NY 11050
                                                516-944-5062

A TRUE COPY
ATTEST
DATED 9/28 ... 2007
ROBERT C. HEINEMANN
BY [signature] CLERK
DEPUTY CLERK

MJL:BTR:br
F.#

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

VINCENT SAPORITO, et al.

        Defendants.

- - - - - - - - - - - - - - -X

O R D E R

05 CR 196 (S-8)(SJF)

UPON THE APPLICATION of the Unites States by Burton T. Ryan, Jr., Assistant United States Attorney, on behalf of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, it is hereby

ORDERED that the above captioned Indictment be unsealed.

Dated: Central Islip, New York.
      November 2, 2006

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

A TRUE COPY
ATTEST
DATED 9/__ 200_
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

                                    **NOTICE OF APPEARANCE**

     -against-

                                    05 CR 196 (S-6) (SJF)

PETER ZUCCARO, et al.,

           Defendant.
-----------------------------------------------------x

SIR/MADAM:

    PLEASE TAKE NOTICE, that I, James R. Froccaro, Jr., do hereby appear in the above-captioned criminal case for defendant ANGELO S. RUGGIERO, and have been retained as an attorney for said defendant. I was admitted to practice law in this district in or about May of the year 1988.

Dated:  Port Washington, New York
         October 11, 2006

                    Yours, etc.,

                    JAMES R. FROCCARO, JR. (JRF-5461)
                    Attorney for Angelo S. Ruggiero
                    7 Old Shore Road
                    Port Washington, NY 11050
                    (516) 944-5062 (phone)
                    (516) 944-5064 (fax)
                    JRFESQ61@aol.com (e-mail)





**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
OFFICE OF THE CLERK
UNITED STATES DANIEL PATRICK MOYNIHAN COURTHOUSE
500 PEARL STREET
NEW YORK, N.Y. 10007

THOMAS W. ASREEN
ACTING CLERK OF COURT

EDNY (CI)
05-cr-196
Feuerstein

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Daniel Patrick Moynihan Courthouse, at 500 Pearl Street, in the City of New York, on the 18th day of January, two thousand-seven,

Docket Number: 06-5830-cr

USA v. Zuccaro (Ruggiero)

THE COURT NOTING that a Notice of Appeal filed on behalf of Defendant **Angelo S. Ruggiero** was filed with the United States Court of Appeals for the Second Circuit on **December 22, 2006**.

AND THE COURT FURTHER NOTING that USA v. Zuccaro (Ruggiero) was assigned the Appeal docket number **06-5830-cr** in error,

IT IS HEREBY ORDERED that the docket number **06-5830-cr** is deleted and the Notice of Appeal will be filed at a later time.

FOR THE COURT:
Thomas W. Asreen, Acting Clerk

By: Richard Alcantara, Deputy Clerk

A TRUE COPY
Thomas W. Asreen, Acting Clerk