EW
F. #2005R00022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                      05-CR-196(SJF)

ANGELO RUGGIERO,

       Defendant.
- - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE OF COUNSEL**

     PLEASE TAKE NOTICE that Assistant United States Attorney Evan C. Williams now joins Assistant United States Attorney Burton Ryan in representing the United States in the above-captioned matter.

     All future correspondence to the United States in the above-captioned matter should be sent either to A.U.S.A. Lesko or to:

    Assistant United States Attorney Evan C. Williams
        United States Attorney's Office
         Eastern District of New York
          Long Island Division
           610 Federal Plaza
        Central Islip, New York 11722
           Tel: 631-715-7849
           Fax: 631-715-7922
       Email: evan.williams@usdoj.gov

A TRUE COPY ATTEST
DATED 9/26/07
BY [signature]
DEPUTY CLERK

In addition, the Clerk of the Court is respectfully requested to ensure that copies of all future ECF notifications are sent to Assistant United States Attorney Evan C. Williams at the email address set forth above.

Dated: Central Islip, New York
      September 19, 2007

                              Respectfully submitted,

                              ROSLYNN R. MAUSKOPF
                              United States Attorney

                    By:   /S/ Evan C. Williams
                              Evan C. Williams
                              Assistant U.S. Attorney

cc:   Clerk of the Court (SJF)