```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA            :      06 Cr. 985 (LMM)

        - v -                       :
                                           MEMORANDUM AND ORDER
ANGELO RUGGIERO, JR., a/k/a         :
"Junior,"                                  07 Cr. 927 (LMM)
                                    :
              Defendant.
                                    :
------------------------------------x

McKENNA, D.J.

      In light of defendant's request that he be sentenced separately on the above two cases (with the sentences to be imposed to run concurrently) (see Mr. Froccaro's Letter to the Court of January 31, 2008), the parties are directed to address the following two issues in writing (along with any other issues they believe to be relevant):  (i) how the factors set forth in 18 U.S.C. § 3553(a) would apply to the multiple sentences (see 18 U.S.C. § 3584(b)); and (ii) how defendant will be credited with the time he has spent in custody since his arrest if he receives multiple sentences.  (See 18 U.S.C. §§ 3585(b) and 3584(c).  The government is to respond by February 21, 2008 and defendant by February 27, 2008.

      SO ORDERED.

Dated:  February 15, 2008

                                                                     Lawrence M. McKenna
                                                                     U.S.D.J.

COPIES MAILED TO COUNSEL  FEB 1 5 2008